UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| NATIONAL FIRE INSURANCE COMPANY OF HARTFORD and CONTINENTAL CASUALTY COMPANY, | ) ) ) ) | |
| Plaintiffs/Counterclaim Defendants, | ) ) ) | |
| v. | ) ) | CIVIL ACTION Case No. <u>10-2532-CM-KMH</u> |
| LAFAYETTE CITY-PARISH CONSOLIDATED GOVERNMENT OF LAFAYETTE, LA.  D/B/A LAFAYETTE UTILITIES SYSTEM | ) ) ) ) ) | |
| Defendant, | ) ) | |
| and | ) ) | |
| NATIONAL CABLE TELEVISION COOPERATIVE, INC., | ) ) ) | |
| Defendant/Counter-Claimant/ Third-Party Plaintiff, | ) ) ) | |
| vs. | ) ) | |
| TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA, | ) ) ) | |
| Third-Party Defendant. | ) | |

**NCTC'S MOTION FOR LEAVE TO FILE ITS FIRST AMENDED ANSWER, COUNTERCLAIM, THIRD PARTY CLAIM AND CROSS-CLAIM
AND
MOTION TO STAY BRIEFING OF DEFENDANT LAFAYETTE'S MOTION TO <u>DISMISS AND REQUEST FOR BRIEFING SCHEDULE</u>**

COMES NOW Defendant/Counterclaimant/Third-Party Plaintiff National Cable Television Cooperative, Inc. ("NCTC"), by and through counsel, pursuant to Federal Rules of Civil Procedure 15(a) and 13(g), and Local Rule 15.1, and moves this Court for an Order:

1

1)  granting it leave to file its First Amended Answer, Counterclaim, Third Party Claim and Cross-Claim ("Motion for Leave"), adding a cross-claim against Defendant Lafayette City-Parish Consolidated Government of Lafayette, LA d/b/a Lafayette Utilities System ("Lafayette") which was not ripe before NCTC's earlier filing;

2) granting a stay of briefing on Lafayette's Motion to Dismiss until the court has set a briefing schedule; and

3)  setting a consolidated briefing schedule that would allow the parties to litigate Lafayette's jurisdictional arguments against plaintiffs' and NCTC's claims simultaneously.

Pursuant to Local Rule 15.1, a copy of NCTC's proposed First Amended Pleading is attached hereto as Exhibit A.  NCTC submits its Suggestions in Support of this Motion contemporaneously herewith, and incorporate those Suggestions as though set forth fully herein.

>                               Respectfully submitted,
>                               LATHROP & GAGE LLP
>
>
>                               By: /s/ David T. M. Powell
>                                    J. A. Felton          KS Bar #70020
>                                    David T.M. Powell     KS Bar #16474
>                                    Robyn L. Anderson     KS Bar #20002
>                                    2345 Grand Boulevard, Suite 2200
>                                    Kansas City, Missouri 64108-2618
>                                    Telephone:  (816) 292-2000
>                                    Telecopier:  (816) 292-2001
>                                    ATTORNEYS FOR NATIONAL CABLE
>                                    TELEVISION COOPERATIVE, INC.

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing was served via the Court's CM/ECF system on the following counsel of record this 23rd day of December, 2010:

Barry W. McCormick
Kim J. Poirier
McCormick, Gordon, Bloskey & Poirier
70 Corporate Woods
9900 W. 109th Street, Suite 150
Overland Park, Kansas 66210
*Local Counsel for Plaintiffs*
**NATIONAL FIRE INSURANCE OF HARTFORD and**
**CONTINENTAL CASUALTY COMPANY**

Of Counsel:
Kristin V. Gallagher
Jonathan A. Messier
Carroll, McNulty & Kull LLC
120 Mountain View Blvd.
Basking Ridge, New Jersey 07920
*Counsel for Plaintiffs*
**NATIONAL FIRE INSURANCE OF HARTFORD and**
**CONTINENTAL CASUALTY COMPANY**

Lauren E. Tucker McCubbin
Polsinelli Shughart PC - 12th St.
Twelve Wyandotte Plaza
120 W. 12th Street
Kansas City, MO 64105-1929
816-421-3355
Fax: 816-374-0509
Email: ltucker@polsinelli.com
*Counsel for Defendant*
**LAFAYETTE CITY-PARISH CONSOLIDATED GOVERNMENT OF LAFAYETTE, LA. D/B/A LAFAYETTE UTILITIES SYSTEM**

Additionally, a hardcopy of the above and foregoing will be served with process as follows:
TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA
**SERVE:**
**Commissioner of Insurance**
**Kansas Insurance Department**
**420 SW 9th Street**
**Topeka, KS 66612**

/s/ *David T.M. Powell*
Attorneys for National Cable Television Cooperative, Inc.